| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:03CR01577-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** JUDGE BUCKLO   MAGISTRATE JUDGE COX | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Yvette De La Vega [JAN 17 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS] | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION LAREDO |
| | NAME OF SENTENCING JUDGE George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 3, 2005   TO September 2, 2008 |

OFFENSE
Possession with intent to distribute a quantity in excess of 50 kilograms of marihuana. 21 U.S.C. §§ 841(a)(1) and (b)(1)(D)

**08CR 0097**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

1/10/08
Date

*[signed]* George P. Kazen
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JAN 3 0 2008
Effective Date

*[signed]* James F. Holderman
United States District Judge

FILED
1-31-08
JAN 3 1 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT