# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

1300 Victoria Ste. 1131  
Laredo, Texas 78040



Telephone: (956) 726-2236  
Fax: (956) 726-2289

**FILED**

February 7, 2008

U. S. District Court  
Northern District of Illinois  
219 South Dearborn Street  
Chicago, IL 60604

FEB 2 0 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

08 cr 97

Re:  Transfer of Jurisdiction for case 5:03-cr-1577  
     USA vs. Yvette De La Vega

Dear Clerk of Court:

Enclosed please find certified copies of the following documents:

Transfer of Jurisdiction  
Indictment  
Judgment/Prob 12A  
Financial Report  
Docket Sheet

Please complete the receipt below and return the copy of this letter for our records.

Very truly yours,

MICHAEL N. MILBY, CLERK

By:  *Mayra M. Márquez*  
     Mayra M. Márquez

Received and filed under Docket No.: _____ on _____, 2007  
Clerk, U.S. District Court, By:_____

United States District Court
Southern District of Texas
FILED

OCT 0 7 2003

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. **L-03-1577** |
| MINDY M. CARREON<br>YVETTE DE LA VEGA<br>CHRISTINA A. CANCEL | § § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 14, 2003, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendants,**

**MINDY M. CARREON,
YVETTE DE LA VEGA, and
CHRISTINA A. CANCEL,**

did knowingly and intentionally conspire and agree with each other and with other persons unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity more than 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

## COUNT TWO

On or about September 14, 2003, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendants,**

**MINDY M. CARREON,
YVETTE DE LA VEGA, and
CHRISTINA A. CANCEL,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity more than 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
ANDY GUARDIOLA
Assistant United States Attorney

TRUE COPY, I CERTIFY
ATTEST
Michael N. Milby, Clerk
By_____ Deputy clerk

PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

FILED
08 JAN -3 AM 9: 37
U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Yvette De La Vega | Case Number: 503CR01577-002 |
| Name of Sentencing Judge: | The Honorable Donald Walter | |
| Date of Original Sentence: | February 26, 2004 | |
| Original Offense: | Possession with intent to distribute a quantity in excess of 50 kilograms of marihuana. 21 U.S.C. §§ 841(a)(1) and (b)(1)(D). | |
| Original Sentence: | Thirty months custody followed by three years of supervised release. The defendant was ordered to pay a $100 assessment fee, perform 75 hours of community service and participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction. | |
| Type of Supervision: | Supervised Release | Supervision Started: September 3, 2005 |

### EARLIER COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Drug possession, usage, administration or distribution |

Details:   On September 27, 2007, October 29, 2007, and November 6, 2007, the defendant possessed and used marihuana as evidenced in the drug test administered at the U.S. Probation Office in the Northern District of Illinois, Chicago Division.

U.S. Probation Officer Action: Sr. U.S. Probation Officer Katina C. Dean from the Chicago Division is recommending that the Court take no action. Ms. De La Vega was placed on sixty days of random urine monitoring on October 29, 2007, and will resume Phase I of the Drug Treatment Program which consist of random urine surveillance for a period of six months.

RE: Yvette De La Vega  
    Dkt. No.: 503CR01577-002

2

Approved:

*[signature]*

Jo Anne Brooks, Supervising  
U.S. Probation Officer

Respectfully submitted:

by    *M Gutierrez*

Martin Gutierrez  
U.S. Probation Officer  
December 19, 2007

RE: Yvette De La Vega
Dkt. No: 5:03CR01577-002

[✓] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

_____
George P. Kazen
U. S. District Judge

12/20/07
_____
Date

TRUE COPY, I CERTIFY
ATTEST
Michael N. Milby, Clerk
By_____
Deputy Clerk

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
          Sheet 1

United States District Court
Southern District of Texas
FILED
MAR - 5 2004  BM
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

United States District Court
Southern District of Texas
ENTERED
MAR 1 0 2004  BM
Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **YVETTE DE LA VEGA** | Case Number: **5:03CR01577-002** |
| | J. Alberto Alarcon |
| | Defendant's Attorney |

☐ See Additional Aliases sheet.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   two on November 10, 2003

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possess with intent to distribute a quantity in excess of 50 kilograms of marihuana | 09/14/2003 | Two |

☐ See Additional Counts of Conviction.

   The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)  one                                          ☒ is ☐ are dismissed on the motion of the United States.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 26, 2004
Date of Imposition of Judgment

/s/ Donald Walter
Signature of Judicial Officer

**DONALD WALTER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

3/5/04
Date

39/c
TRUE COPY I CERTIFY
ATTEST
Michael N. Milby, Clerk
By _____ Deputy clerk

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: YVETTE DE LA VEGA
CASE NUMBER: 5:03CR01577-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 30 months. _____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in the Intensive Confinement Program (boot camp), if eligible.

That the defendant be placed in a facility near her home as long as the security needs of the Bureau of Prisons are met.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 pm on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: YVETTE DE LA VEGA
CASE NUMBER: 5:03CR01577-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __3 year(s).__

☐ See Additional Supervised Released Terms Sheet.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐ See Additional Mandatory Conditions Sheet

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
          Sheet 3 -- Continued 2 -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: YVETTE DE LA VEGA
CASE NUMBER: 5:03CR01577-002

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to perform 75 hours of community service as approved by the probation officer.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part A -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: YVETTE DE LA VEGA
CASE NUMBER: 5:03CR01577-002

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 100      | $    | $           |

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|------------------------------------------|
|               |                      |                               |                                          |

☐ See Additional Restitution Payees Sheet.

| TOTALS | | $0.00 | $0.00 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement  $_____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

   ☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part B -- Criminal Monetary Penalties

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 5, Part B -- Criminal Monetary Penalties

Judgment -- Page 6 of 6

DEFENDANT: YVETTE DE LA VEGA
CASE NUMBER: 5:03CR01577-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of $100 due immediately, balance due

 ☐ not later than _____, and/or
 ☒ in accordance with ☐ C, ☐ D, and/or ☒ E, below; or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☒  Special instructions regarding the payment of criminal monetary penalties:
Make all payments payable to: U.S. District Clerk, P.O. Box 597, Laredo, TX 78042-0597

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
|  |  |  |

☐  See Additional Defendants Held Joint and Several sheet.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
### CRIMINAL DOCKET FOR CASE #: 5:03-cr-01577-2
### Internal Use Only

Case title: USA v. Carreon
Magistrate judge case number: 5:03-mj-04757

Date Filed: 10/07/2003
Date Terminated: 02/26/2004

Assigned to: Visiting Judge Donald E. Walter

**Defendant**

**Yvette De La Vega (2)**
*TERMINATED: 02/26/2004*

represented by **J Alberto Alarcon**
Hall Quintanilla & Alarcon
P O Box 207
Laredo, TX 78040
956-723-5527
Fax: 956-723-8168 fax
Email: aalarcon@sbcglobal.net
*TERMINATED: 02/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

Ct.2: 21:841A=MD.F possess with intent to distribute approx. 200 lbs., gross wt., of marihuana. Penalty: 0 to 5 yrs and/or $250,000.00, $100 CVF for ea ct, 2 yrs of TSR for ea ct.
(2)

**Disposition**

SENTENCE: 30 mos to serve; 3 yrs tsr, no fine, 75 hrs of c/s within yr of tsr, Court recommends: Placement in Boot Camp; placement in Drug program while in custody, $100 cvf, cnt.1 dismissed on govt's o/m, Deft remanded to the custody of the US Marshal, Court advised deft of her right to appeal.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

Ct.1: 21:846=MD.F conspiracy to possess with intent to distribute a qauntity more than 50 kilograms of marihuana. Penalty: 0 to 5 yrs and/or $250,000.00, $100 CVF for ea ct., 2 yrs TSR for ea ct.
(1)

**Disposition**

dismiss cnt.1 on govt's o/m

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

TRUE COPY, I CERTIFY
_____ Clerk
by _____
Deputy clerk
2/7/2008

**Plaintiff**

USA        represented by    **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Indalecio R Guardiola**
US Atty's Off
PO Box 1179
Laredo, TX 78042-1179
956-723-6523
Fax: 956-726-2266 fax
Email: andy.guardiola@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2003 | | ARREST of Yvette De La Vega (DOB: 12/28/80) [ 5:03-m -4757 ] (smedellin) (Entered: 09/18/2003) |
| 09/15/2003 | | COMPLAINT as to Mindy M. Carreon, Yvette De La Vega, Christina A. Cancel , filed. [ 5:03-m -4757 ] (smedellin) (Entered: 09/18/2003) |
| 09/15/2003 | | AO 257 Information Sheet as to Yvette De La Vega , filed. [ 5:03-m -4757 ] (smedellin) (Entered: 09/18/2003) |
| 09/15/2003 | | Initial appearance as to Yvette De La Vega held before Magistrate Judge Adriana Arce-Flores; Deft. requested atty.; Alberto Alarcon, appt'd (not present); Bond set at $75,000c/s pending verification; ;Preliminary Examination set for 11:00 9/24/03 for Yvette De La Vega Reporter: S Medellin Tape Number: ERO Interpreter: A Adriano (not used) Appearances: R Jones, Ausa; M Montemayor, FPD; G Wirshing, PTSO; (Defendant informed of rights.) , filed. [ 5:03-m -4757 ] (smedellin) (Entered: 09/18/2003) |

| 09/15/2003 | | CJA 23 FINANCIAL AFFIDAVIT by Yvette De La Vega , filed. [ 5:03-m -4757 ] (smedellin) (Entered: 09/18/2003) |
|---|---|---|
| 09/15/2003 | | CJA 20 as to Yvette De La Vega : Appointment of Attorney J Alberto Alarcon ( Appointed by Magistrate Judge Adriana Arce-Flores ) , entered. [ 5:03-m -4757 ] (smedellin) (Entered: 09/18/2003) |
| 09/22/2003 | | ORDER to modify Bond Bond set to $75,000.00 with $1,500.00 cash deposit, along with conditions set by Pretrial for Yvette De La Vega. ( Signed by Magistrate Judge Adriana Arce-Flores ), entered. Parties ntfd. [ 5:03-m -4757 ] (rmoncivais) (Entered: 09/24/2003) |
| 09/24/2003 | | Preliminary Examination as to Yvette De La Vega not held before Magistrate Judge Marcel C. Notzon; Waiver of Prel Exam Hrg., filed. [ 5:03-m -4757 ] (nortiz) (Entered: 09/25/2003) |
| 09/24/2003 | | Waiver of Preliminary Examination or Hearing by Yvette De La Vega , filed. [ 5:03-m -4757 ] (nortiz) (Entered: 09/25/2003) |
| 09/24/2003 | | Appearance BOND with Order Setting Conditions of Release entered in Amount $ 75,000.00 with $1,500.00 cash, deposit, along with conditions set by Pretrial filed. ( Signed by Magistrate Judge Adriana Arce-Flores ) Bond Depositor: Herminia C. De La Vega, 7818 W 75th Street, Bridgview, Il 60455 (708)289-5045 [ 5:03-m -4757 ] (rmoncivais) (Entered: 09/30/2003) |
| 10/07/2003 | 1 | INDICTMENT as to Mindy M. Carreon (1) count(s) 1, 2, Yvette De La Vega (2) count(s) 1, 2, Christina A. Cancel (3) count(s) 1, 2 ,filed. (bmendoza) (Entered: 10/10/2003) |
| 10/07/2003 | | (Court only) **Added Government Attorney Indalecio R Guardiola (bmendoza) (Entered: 10/10/2003) |
| 10/07/2003 | | (Court only) **Added Pretrial Services, Financial Litigation Unit and Probation (bmendoza) (Entered: 10/10/2003) |
| 10/08/2003 | 2 | NOTICE of Setting : set Arraignment for 8:00 10/16/03 for Mindy M. Carreon, 9:00 for Yvette De La Vega, Christina A. Cancel before Magistrate Judge Adriana Arce-Flores , filed. Parties ntfd. (bmendoza) (Entered: 10/10/2003) |
| 10/16/2003 | 7 | Arraignment held before Magistrate Judge Adriana Arce-Flores Ct Reporter: S.Medellin/ERO Interpreter: not used Appearances: R.Jones F/Govt , Alberto J. alarcon F/Deft , filed., Plea of Not Guilty: , Yvette De La Vega (2) count(s) 1, 2 Deft first appearance w/counsel, deft enters a plea of not guilty, MD 10/27/03 @ 10:00, FPTC 11/17/03 @ 8:30, J.S. 11/18/03 @ 9:00, docket control order issued w/copies to all parties, J.S. 11/18/03 @ 9:00, Deft continued on bond. (bmendoza) (Entered: 10/24/2003) |
| 10/16/2003 | 8 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 10/27/03 for Yvette De La Vega ; Pretrial Conference for 8:30 11/17/03 ; Jury Selection for 9:00 11/18/03 ; before Judge Filemon B. Vela , entered. Parties ntfd. (bmendoza) (Entered: 10/24/2003) |
| 10/27/2003 | 9 | NOTICE of Setting : reset Pretrial Conference hearing for 8:30 11/10/03 for Mindy M. Carreon, for Yvette De La Vega, for Christina A. Cancel before Judge Filemon B. Vela , filed. Parties ntfd. (bmendoza) (Entered: 10/29/2003) |
| 11/10/2003 | 10 | UNOPPSED MOTION by Mindy M. Carreon, Yvette De La Vega to Reinstate Bond to and to release deft's on the same Bond previously posted , filed. (bmendoza) (Entered: 11/17/2003) |
| 11/10/2003 | 11 | ORDER ORALLY denying [10-1] motion to Reinstate Bond to and to release deft's on the same Bond previously posted as to Mindy M. Carreon (1), Yvette De La Vega (2) (), entered. Parties ntfd. (bmendoza) (Entered: 11/17/2003) |
| 11/10/2003 | 12 | Mtn. to continue on Bond Hearing as to Mindy M. Carreon, Yvette De La Vega Orally |

| | | |
|---|---|---|
| | | Denied, held before Judge Filemon B. Vela Ct Reporter: Holloway Interpreter: none Appearances: Guardiola F/Govt, AFPD: Rolando Garza F/Deft #1, J. Alarcon F/Deft #2, deft's 1&2 remanded to custody. (bmendoza) (Entered: 11/17/2003) |
| 11/10/2003 | 16 | Re-Arraignment held before Judge Filemon B. Vela Ct Reporter: Bill Holloway Interpreter: not used Appearances: R.Jones F/Guardiola F/Govt, Alberto Alarcon F/Deft , filed., Plea of Guilty: Yvette De La Vega (2) count(s) 2 (Terminated motions - ) Deft enters a plea of guilty, written plea agreement; cnt.1 to be dismissed at titme of sentnecing, Order for PSI, Dislcosure date 12/15/03, sentencing is set for 01/12/04 @ 1:30 p.m.,Bond revoked, deft was not present at 8:30 a.m.; arrived at 10:00 a.m. (bmendoza) (Entered: 11/17/2003) |
| 11/10/2003 | 17 | Plea Agreement as to Yvette De La Vega , filed. (bmendoza) (Entered: 11/17/2003) |
| 11/10/2003 | 18 | FACTUAL BASIS for Guilty Plea by USA as to Yvette De La Vega , filed. (bmendoza) (Entered: 11/17/2003) |
| 11/10/2003 | 22 | ORDER for Disclosure of PSI , PSI completion by 12/15/03 for Mindy M. Carreon, Yvette De La Vega, Christina A. Cancel , Sentencing set for 1:30 1/12/04 before Judge Filemon B. Vela , entered. Parties ntfd. (bmendoza) (Entered: 11/17/2003) |
| 11/19/2003 | | (Court only) **Renoticed document [11-1] order (bmendoza) (Entered: 11/19/2003) |
| 01/07/2004 | 27 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Yvette De La Vega, W/O Objections , filed. (bmendoza) (Entered: 01/09/2004) |
| 01/07/2004 | 28 | SEALED Confidential Sentencing Recommendation regarding Yvette De La Vega to the Court, W/O Objections, filed and placed in vault. (bmendoza) (Entered: 01/09/2004) |
| 01/12/2004 | 30 | Call for Sentence as to Yvette De La Vega not held before Judge Filemon B. Vela Ct Reporter: Bill Holloway Appearances: A Guardiola/ A Alarcon. Reset for 2/17/03 at 1:30pm , filed. (amontemayor) (Entered: 01/15/2004) |
| 01/21/2004 | 32 | NOTICE of Setting : Reset Sentencing for 1:30 2/17/04 for Mindy M. Carreon, for Yvette De La Vega, for Christina A. Cancel before Judge Filemon B. Vela , filed. Parties ntfd. (amontemayor) (Entered: 01/22/2004) |
| 02/24/2004 | 33 | NOTICE of Setting : Set Sentencing for 8:00 2/26/04 for Mindy M. Carreon, for Yvette De La Vega, for Christina A. Cancel before Visiting Judge Donald E. Walter , filed. Parties ntfd. (amontemayor) (Entered: 02/24/2004) |
| 02/26/2004 | 36 | Sentencing held before Visiting Judge Donald E. Walter Ct Reporter: Val Castano Interpreter: not used Appearances: R.Jones f/Guardiola f/govt, AFPD Alberto Alarcon f/deft Yvette De La Vega (2) count(s) 2 Yvette De La Vega (2) count(s) 2. SENTENCE: 30 mos to serve; 3 yrs tsr, no fine, 75 hrs of c/s within of tsr, Court recommends: Placement in Boot Camp; placement in Drug program while in custody, $100 cvf, cnt.1 dismissed on govt's o/m, Deft remanded to the custody of the US Marshal, Court advised deft of her right to appeal. , filed. US Probation Officer: Juan Velasquez (bmendoza) (Entered: 03/02/2004) |
| 02/26/2004 | | DISMISSAL of Count(s) on Government Motion Counts Dismissed: Yvette De La Vega (2) count(s) 1 (bmendoza) (Entered: 03/02/2004) |
| 02/26/2004 | | (Court only) **Case closed as to all defendants: Mindy M. Carreon, Yvette De La Vega, Christina A. Cancel (bmendoza) (Entered: 03/02/2004) |
| 02/26/2004 | 38 | Notice of Transfer of Case to another Judge transferring case from Judge Filemon B. Vela to Visiting Judge Donald E. Walter , filed. (bmendoza) Modified on 03/09/2004 (Entered: 03/09/2004) |
| 03/05/2004 | 39 | JUDGMENT as to , Yvette De La Vega (2) count(s) 2 ( Signed by Visiting Judge Donald E. Walter ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR |

| | | |
|---|---|---|
| | | have been sent to the defendant's attorney, the AUSA, and the US Marshal. (bmendoza) (Entered: 03/10/2004) |
| 03/09/2004 | 42 | CJA 20 as to Yvette De La Vega Authorization to Pay J Alberto Alarcon $ 1,881.00 ( Signed by Judge George P. Kazen ) (bmendoza) (Entered: 03/10/2004) |
| 09/17/2004 | 47 | ORDER to Disburse Bond in the amount of $1,500.00 to Depositor: Herminia C De La Vega as to Yvette De La Vega ( Signed by Judge George P. Kazen ). Parties notified. (bmendoza, ) (Entered: 10/03/2004) |
| 01/03/2008 | 53 | PROBATION FORM 12A Report on Offender Under Supervision. No Court Action Requested as to Yvette De La Vega. Court Concurs with Recommended Action. ( Signed by Judge George P. Kazen ) Parties notified. (mmarquez) (Entered: 01/04/2008) |
| 02/07/2008 | 54 | Supervised Release Jurisdiction Transferred to Chicago, Illinois as to Yvette De La Vega, filed.(mmarquez) (Entered: 02/07/2008) |

| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:03CR01577-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** JUDGE BUCKLO  MAGISTRATE JUDGE COX | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Yvette De La Vega Justice, Illinois  *RECEIVED JAN 17 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS* | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION LAREDO |
|---|---|---|
| | NAME OF SENTENCING JUDGE George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 3, 2005 — TO September 2, 2008 |

| OFFENSE |
|---|
| Possession with intent to distribute a quantity in excess of 50 kilograms of marihuana. 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) |

**08CR 0097**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION</u>

   It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the <u>NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION</u> on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

1/10/08
Date

*[signed] George P. Kazen*
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

   Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JAN 3 0 2008
Effective Date

*[signed] James F. Holderman*
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS
By [signed] Laura Sprung
  Deputy Clerk
  U.S. District Court, Northern
  District of Illinois
Date: FEB - 4 2008

FILED
1-31-08
JAN 3 1 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT